IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

NASSER TOTARI, ET AL.

                Plaintiffs,

                                            Civ. Action No. 5:05-CV-0014
   vs.                                                      (NAM/GHL)

HOME DEPOT, INC., ET AL.

                Defendants.

_____

APPEARANCES:                    OF COUNSEL:

FOR PLAINTIFFS:

Office of Michael P. Marmor      MICHAEL P. MARMOR, ESQ.
7000 East Genesee Street
Building B, Lyndon Office Park
Fayetteville, NY 13066

FOR DEFENDANTS:

Hodgson, Russ Law Firm          JILL L. YONKERS, ESQ.
One M&T Plaza                        KYLE C. REEB, ESQ.
Suite 2000
Buffalo, NY 14203

NORMAN A. MORDUE, U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      Pursuant to the notice of settlement filed on February 7, 2006, by attorney

Reeb, that the parties have entered into an agreement in settlement of all claims in

this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within (60) sixty days from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by first class mail.

Dated: February 14, 2006
       Syracuse, New York

Norman A. Mordue
U.S. District Judge